IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY A. ARDITI, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER RICHARD SUBERS, | : | No. 15-5511 |
| et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of June, 2016, upon consideration of Defendant Randolph McGoldrick's Motion to Dismiss (Docket No. 48) and Plaintiff's Opposition thereto (Docket No. 54), it is hereby **ORDERED** that Defendant's Motion (Docket No. 48) is **GRANTED**. Counts I and II of Plaintiff's Third Amended Complaint are **DISMISSED** as to Defendant Randolph McGoldrick only.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Because Chief McGoldrick did not move to dismiss Counts III and IV, he remains a Defendant in this case.