IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY A. ARDITI, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER RICHARD SUBERS, | : | No. 15-5511 |
| et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 25th day of October, 2016, upon consideration of Defendant Charles Young's Motion for Summary Judgment (Docket No. 60), Defendant Chris Naegele's Motion for Summary Judgment (Docket No. 61), the Brookhaven Defendants' Motion for Summary Judgment (Docket No. 62), and the Responses and Replies thereto (Docket Nos. 69, 70, 72, 73), and following oral argument on October 3, 2016, it is hereby **ORDERED** that:

1. The Motions for Summary Judgment (Docket No. 60, 61, 62) are **GRANTED in part and DENIED in part**.

2. Counts 1, 3, and 4 are dismissed as to all Defendants.

3. Count 2 is dismissed as to Officer Subers. As to Officers Naegele and Young, Count 2 is dismissed to the extent it asserts an illegal search claim, but not to the extent that it asserts an illegal seizure claim. Count 2 is not dismissed in any respect as to Officer Clymer.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge