IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAY A. ARDITI,** : | | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **POLICE OFFICER RICHARD SUBERS,** | : | **No. 15-5511** |
| et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 16th day of December, 2016, upon consideration of Plaintiff's Motion for Reconsideration (Docket No. 78), Officer Clymer's Motion for Reconsideration (Docket No. 80), Defendant Chris Naegele's Motion for Reconsideration (Docket No. 82), Defendant Charles Young's Motion for Reconsideration (Docket No. 84), and the Responses and Replies thereto (Docket Nos. 79, 81, 83, 85-88), it is hereby **ORDERED** that the Motions (Docket Nos. 78, 80, 82, 84) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge