IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY A. ARDITI, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER RICHARD SUBERS, et al., | : | No. 15-5511 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 9th day of January, 2017, upon consideration of the Defendants' Joint Motion *in Limine* to Preclude Any Testimony, Evidence or Argument that Plaintiff Suffered any Physical Injuries on May 31, 2015 (Docket No. 103), Defendants' Joint Motion *in Limine* to Preclude Any Testimony, Evidence or Argument Relating to the Issuance of a Citation to Plaintiff and Plaintiff's Acquittal (Docket No. 104), and Plaintiff's Responses thereto (Docket Nos. 110, 111), and following a Chambers conference on January 6, 2017, it is hereby **ORDERED** that:

1. Defendants' Motion (Docket No. 103) is **DENIED**.

2. Defendants' Motion (Docket No. 104) is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge